IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-01929-WYD-MEH

STEPHEN THENE SPARKS,

        Plaintiff,

v.

LT. FOSTER, Arkansas Valley Correctional Facility,
LT. SMELTZER, Limon Correctional Facility,
LT. SKIP STRODE, Limon Correctional Facility,
LT. ERIC HOFFMAN, Sterling Correctional Facility,
LT. NEAL MAGELSON, Sterling Correctional Facility, and
CAPT. MICHELLE NYCZ, Sterling Correctional Facility,

        Defendants.

## ORDER TO CURE DEFICIENCY

Plaintiff submitted a Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed.R.App.P 24 on 3/22/06.  The court has determined that the document is deficient as described in this order.  Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)**   **Filing Fee**
        ___ is not submitted

**(B)**   **Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
        ___ is not submitted
        ___ is missing affidavit
        ___ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
        ___ is missing required financial information
        ___ is missing an original signature by the prisoner

    X    is not on proper form (must use the prisoner's motion for leave to proceed on appeal under 28 U.S.C. § 1915)

    ___    other_____

Accordingly, it is

ORDERED that plaintiff cure the deficiencies designated above within thirty (30) days from the date of this order. Any papers that plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to plaintiff, together with a copy of this order, an original and one copy of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if plaintiff fails to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

Dated: March 24, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge